

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SDD
F. #2013R01597

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 14, 2015

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Rhan Powell, 13 CR 555 (KAM)</u>

Dear Judge Matsumoto:

  The government respectfully requests an adjournment of sentencing in the above-referenced matter, until a date and time in December 2015 that is convenient for the Court. Sentencing is currently scheduled for September 30, 2015 at 11:00a.m. The government makes this request because one of the assigned Assistant U.S. Attorneys is expected to be on trial before the Honorable Sterling Johnson, Jr. and the other is expected to be traveling through the beginning of October. The government has conferred with Sam Braverman, Esq., counsel for the defendant, who does not object to this request. In addition, Mr. Braverman has requested that the Court set a date in early December, due to other professional commitments.

          Respectfully submitted,

          KELLY T. CURRIE
          Acting United States Attorney

     By:  /s/ Seth DuCharme
          Daniel Silver
          Seth D. DuCharme
          Assistant U.S. Attorneys
          (718) 254-6034/6021

cc: Samuel M. Braverman, Esq.