UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------
UNITED STATES OF AMERICA           Transportation Order
                                   13 Cr. 555 (KAM)
    - v -

RHAN POWELL,
                    Defendant.
---------------------------------

Upon the application of RHAN POWELL, by his counsel, SAM BRAVERMAN, Esq., pursuant to 18 U.S.C. § 4285, and upon a finding that the interest of justice would be served thereby, it is hereby

**ORDERED** that the United States Marshals Service shall arrange for the non-custodial one way airline transportation of RHAN POWELL from any appropriate airport in Orlando, Florida, to any appropriate airport in the Eastern District of New York, on November 22, 2016 for an appearance on November 23, 2016 at 12:00 p.m. before the Honorable Kiyo A. Matsumoto, United States District Judge for the Eastern District of New York, for a sentencing hearing in *United States v. JOHN DOE*, 13 Cr. 555 (KAM), and that the cost of such transportation be paid by the United States Marshals service out of funds authorized by the Attorney General for such expenses.

Dated: New York, New York       **SO ORDERED:**
       November 15, 2016

                                _____
                                HONORABLE KIYO A. MATSUMOTO
                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------
UNITED STATES OF AMERICA                Transportation Order
                                        13 Cr. 555 (KAM)
        - v -

RHAN POWELL,
                    Defendant.
--------------------------------

Upon the application of RHAN POWELL, by his counsel, SAM BRAVERMAN, Esq., pursuant to 18 U.S.C. § 4285, and upon a finding that the interest of justice would be served thereby, it is hereby

**ORDERED** that the United States Marshals Service shall arrange for the non-custodial one way airline transportation of RHAN POWELL from any appropriate airport in the Eastern District of New York to any appropriate airport in Orlando, Florida, on the evening of November 23, 2016 for return from a sentencing proceeding before the Honorable Kiyo A. Matsumoto, United States District Judge for the Eastern District of New York, in *United States v. JOHN DOE*, 13 Cr. 555 (KAM), and that the cost of such transportation be paid by the United States Marshals service out of funds authorized by the Attorney General for such expenses.

Dated: New York, New York          **SO ORDERED:**
       November 15, 2016

                                   _____
                                   HONORABLE KIYO A. MATSUMOTO
                                   UNITED STATES DISTRICT JUDGE